# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:12-cr-344 LJO SKO |
| | ) | |
| vs. | ) | STIPULATION AND |
| | ) | ORDER TO MODIFY CONDITIONS |
| | ) | OF RELEASE |
| Guillermo Paredes, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by defendant, Guillermo Paredes, Jr., through his attorney Barbara Hope O'Neill, and Plaintiff, United States of America, by and through Assistant United States Attorney, Kevin P. Rooney, that the condition of curfew be removed from the conditions set forth by the CONSENT TO MODIFY CONDITIONS OF RELEASE filed on March 5, 2014 without necessity of an appearance hearing

It is hereby ordered that Mr. Guillermo Parades, Jr.'s conditions of release filed March 5, 2014, be modified as follows:

Curfew is deleted.

All previous orders to remain in full force and effect.

                                                        Respectfully submitted,

Dated: October 2, 2014                       /s/ Barbara Hope O'Neill
                                                      Barbara Hope O'Neill
                                                        Attorney for Guillermo Paredes, Jr.

Dated:  October 2, 2014                /s/ Kevin P. Rooney,
                                       Assistant United States Attorney

Dated:  October 2, 2014                /s/Lydia Serrano
                                       Pretrial Services Officer

## ORDER

IT IS SO ORDERED.

   Dated:   **October 2, 2014**                **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE