# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> Guillermo Paredes, Jr., ) <br> ) <br> Defendant. ) | 1:12-cr-344 LJO SKO <br><br> STIPULATION AND <br> ORDER TO MODIFY CONDITIONS <br> OF RELEASE |

IT IS HEREBY STIPULATED by defendant, Guillermo Paredes, Jr., through his attorney Barbara Hope O'Neill, and Plaintiff, United States of America, by and through Assistant United States Attorney, Kevin P. Rooney, and by and through Pretrial Services Officer, Lydia Serrano that the condition of curfew and location monitoring be removed from the conditions set forth by the CONSENT TO MODIFY CONDITIONS OF RELEASE filed on March 5, 2014 without necessity of an appearance hearing.

It is hereby ordered that Mr. Guillermo Parades, Jr.'s conditions of release filed March 5, 2014, be modified as follows:

Curfew with location monitoring is deleted.

All previous orders to remain in full force and effect.

Respectfully submitted,


Dated:  October 8, 2014          /s/ Barbara Hope O'Neill
                                 Barbara Hope O'Neill
                                 Attorney for Guillermo Paredes, Jr.

Dated:  October 8, 2014				/s/ Kevin P. Rooney,
						Assistant United States Attorney

Dated:  October 8, 2014				/s/Lydia Serrano
						Pretrial Services Officer

ORDER

The condition of curfew and location monitoring shall be removed from the conditions of release.

IT IS SO ORDERED.

Dated:   **October 9, 2014**			 **/s/ Sheila K. Oberto**
						U.S. MAGISTRATE JUDGE