**FILED**

NOV 24 2014 

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

_____oOo_____

UNITED STATES OF AMERICA

v.

GUILLERMO PAREDES, Jr.

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:12 CR 344 LJO

I, GUILLERMO PAREDES, Jr. , acknowledge that I am accused of a violation of 18 U.S.C. §371 and 31 U.S.C. §5332(a), and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby in open court waive prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
GUILLERMO PAREDES, Jr
*Defendant*

_____
BARBARA H. O'NEILL
*Counsel for Defendant*

So ordered.

_____
U.S. District Judge