BARBARA HOPE O'NEILL Bar # 102968
2014 Tulare Street, Suite 510
Fresno, CA  93721
Telephone:  559.459.0655
Attorney for Guillermo Paredes, Jr.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | 12-cr-344 LJO SKO |
| | ) | |
| vs. | ) | APPLICATION FOR ORDER |
| | ) | EXONERATING BOND AND FOR |
| | ) | RECONVEYANCE OF REAL PROPERTY |
| | ) | AND ORDER THEREON |
| GUILLERMO PAREDES, JR., | ) | |
| | ) | |
| *Defendant*. | ) | |

Defendant, GUILLERMO PAREDES, JR., through his attorney Barbara Hope O'Neill, hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On March 27, 2013,  GUILLERMO PAREDES, JR., appeared in this matter before the Honorable Sheila K. Oberto, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a real property Bond.  A certified deed of trust and straight note was provided to this court by MANUEL JIMENEZ, in the amount of $80,800.00),  (CR #54, rec #DOC-2013-0060499, recorded on 04.26.13).

-1-

On February 9, 2015, Mr. GUILLERMO PAREDES, JR., appeared, as required, before United States District Court Judge, Lawrence J. O'Neill for sentencing.  He was sentenced credit for time served, supervised release of 36 months with conditions and an additional condition of 6 months home detention.

Since Mr. GUILLERMO PAREDES, JR., has met the conditions of release in this matter, he requests that the court exonerate the bond set by this court and reconvey title to the real property securing the bond to MANUEL JIMENEZ.

DATED:  February 17, 2015

                                        Respectfully submitted,

                                        /s/ Barbara Hope O'Neill
                                        BARBARA HOPE O'NEILL
                                        Attorney for Guillermo Paredes, Jr.

# **O R D E R**

IT IS HERBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property, rec #DOC-2013-0060499, recorded on 04.26.13 be reconveyed to MANUEL JIMENEZ

IT IS SO ORDERED.

   Dated:  **February 21, 2015**                **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE